No. 79–1831.  HECKER *v.* TOWNSHIP OF DOVER.  Super. Ct. N. J.  Certiorari denied.

No. 79–1833.  AKRON, CANTON & YOUNGSTOWN RAILROAD Co. ET AL. *v.* INTERSTATE COMMERCE COMMISSION ET AL. C. A. 6th Cir.  Certiorari denied.

No. 79–1836.  FOWLER ET UX. *v.* GENERAL DEVELOPMENT CORP.  C. A. 4th Cir.  Certiorari denied.

No. 79–1837.  ROBINSON *v.* GRIEVANCE COMMITTEE OF THE SEVENTH JUDICIAL DISTRICT.  App. Div., Sup. Ct. N. Y., 4th Jud. Dept.  Certiorari denied.

No. 79–1839.  FAZIO ET AL. *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 79–1842.  D. J. McDUFFIE, INC., ET AL. *v.* OLD RELIABLE FIRE INSURANCE CO. ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 79–1843.  MASON ET AL. *v.* UNITED STATES.  Ct. Cl. Certiorari denied.

No. 79–1844.  DEPARTMENT OF NATURAL RESOURCES OF WASHINGTON ET AL. *v.* THURSTON COUNTY ET AL.  Sup. Ct. Wash.  Certiorari denied.

No. 79–1845.  CASTAGNA *v.* UNITED STATES.  C. A. 4th Cir. Certiorari denied.

No. 79–1847.  MASON *v.* McDOWELL.  C. A. 3d Cir.  Certiorari denied.